Decision Per Curiam.

----

Charles Rheinauer, Plaintiff in Error, vs. W. D. Bloxham, Governor of Florida, for the use of the State of Florida, Defendant in Error.

## DIVISION B.

Writ of error to Circuit Court, Leon county; John W. Malone, Judge.

*Geo. P. Roney,* for Plaintiff in Error.

*J. B. Whitfield, Attorney-General,* for the the Defendant in Error.

This action was brought by the defendant in error against the plaintiff in error. There was judgment for the plaintiff, and the defendant takes writ of error. The judgment is affirmed.